Marcus Nagel
CIS/Jail # 571900508
Joseph V. Conte Facility
PO Box 407016
Fort Lauderdale, FL 33340




US Postage Paid
FCM LG ENV
FORT LAUDERDALE, FL
33304
MAR 02, 19
AMOUNT
$1.60
R2304H109776-08

FIRST CLASS

US District Court - District of Hawaii
300 Ala Moana Boulevard, #C338

Honolulu, HI    96850

Attention: Civil Intake Inmate Complaint

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 04 2019
DISTRICT OF HAWAII
LS