TO: Civil Intake

Inmate Civil Complaint Attached for Filing

1 — COVER SHEET
2 — COMPLAINT
3 — FEE WAIVER