AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MARCUS NAGEL, FLA. I.D. #571900508 | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 19-00110 HG-RT |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| DAN DIAZ; ET AL. | March 19, 2019 |
| Defendants. | At 10 o'clock and 32 min a.m. SUE BEITIA, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice pursuant to the "Order Denying in Forma Pauperis Application and Dismissing Aciton", filed March 19, 2019, ECF No. 5. Unless overturned on appeal, this dismissal may count as a strike pursuant to 28 U.S.C. § 1915(g).  It is further ordered that the Clerk of Court shall close this case.

| March 19, 2019 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |